IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ANTHONY HERNANDEZ, | ) | No. CV-F-04-5234 REC/TAG HC |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO DISMISS AS MOOT |
| Petitioner, | ) | (Doc. 8) |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY LEMARQUE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    The court hereby denies petitioner's motion to dismiss as moot.

    IT IS SO ORDERED.

**Dated:  September 28, 2005**           **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

1