1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10
11

RICHARD ANTHONY HERNANDEZ,            1:04-cv-5234 LJO JMD (HC)

12

            Petitioner,            ORDER GRANTING PETITIONER'S
FIRST MOTION FOR EXTENSION OF
TIME TO FILE OBJECTIONS TO
FINDINGS AND RECOMMENDATIONS

13
14

    vs.

A.K. SCRIBNER,            (DOCUMENT #32)

15
16

         Respondent.            THIRTY DAY DEADLINE

17

_____/

18

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

19

U.S.C. § 2254.  On June 4, 2008, petitioner filed a motion to extend time to file his objections

20

to the findings and recommendations.  Good cause having been presented to the court and

21

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

22

      Petitioner is granted thirty days from the date of service of this order in which to

23

objections to the findings and recommendations.

24
25

IT IS SO ORDERED.

26

**Dated:   June 18, 2008**            /s/ John M. Dixon
UNITED STATES MAGISTRATE JUDGE

27
28